**People of the State of Illinois, Plaintiff-Appellee, v. Robert Martin, Defendant-Appellant.**

**Gen. Nos. 51,999, 52,288. (Consolidated.)**

First District, Third Division.

October 9, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Marshall J. Hartman and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and James S. Veldman, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.